AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  Western District of Washington  on the following

☑ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT<br>Western District of Washington | |
|---|---|---|---|
| PLAINTIFF<br>AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company; and WORLD WRESTLING ENTERTAINMENT INC., a Delaware corporation, | | DEFENDANT<br>MEHMOOD QAISER, an individual, SHAHEEN GUL, an individual, AMEN QUALITY GOODS LLC, a New Jersey limited liability company, individually and collectively doing business as JHOL, as well as individually and collectively doing business as HOUSEOFSCOTLAND, an individual or entity doing business as HOUSEOFSCOTLAND; and DOES 1-10, | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1  2,757,597 (IC 25) | 8/26/2003 | WORLD WRESTLING ENTERTAINMENT, INC. | |
| 2  2,765,751 (IC 28) | 9/16/2003 | WORLD WRESTLING ENTERTAINMENT, INC. | |
| 3  2,799,228 (IC 18) | 12/23/2003 | WORLD WRESTLING ENTERTAINMENT, INC. | |
| 4  4,675,657 (IC 28) | 1/20/2015 | WORLD WRESTLING ENTERTAINMENT, INC. | |
| 5  4,727,923 (IC 18) | 4/28/2015 | WORLD WRESTLING ENTERTAINMENT, INC. | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

**Copy 1—Upon initiation of action, mail this copy to Director      Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director      Copy 4—Case file copy**

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 6. 3,541,936 (IC 18) | 12/2/2008 | WORLD WRESTLING ENTERTAINMENT, INC. |
| 7. 3,538,710 (IC 25) | 11/25/2008 | WORLD WRESTLING ENTERTAINMENT, INC. |
| 8. 3,489,357 (IC 28) | 8/19/2008 | WORLD WRESTLING ENTERTAINMENT, INC. |
| 9. 3,042,792 (IC 25) | 1/10/2006 | WORLD WRESTLING ENTERTAINMENT, INC. |
| 10. 3,473,626 (IC 28) | 7/22/2008 | WORLD WRESTLING ENTERTAINMENT, INC. |
| 11. 1,348,618 (IC 41) | 7/9/1985 | WORLD WRESTLING ENTERTAINMENT, INC. |
| 12. 1,574,169 (IC 16) | 1/2/1990 | WORLD WRESTLING ENTERTAINMENT, INC. |