AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>Western District Court of Washington |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| AMAZON.COM, INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company; and WORLD WRESTLING ENTERTAINMENT INC., a Delaware corporation, | MEHMOOD QAISER, an individual, SHAHEEN GUL, an individual, AMEN QUALITY GOODS LLC, a New Jersey limited liability company, individually and collectively doing business as JHOL, as well as individually and collectively doing business as HOUSEOFSCOTLAND, an individual or entity doing business as HOUSEOFSCOTLAND; and DOES 1-10 |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | VA 1-888-114 | WWE Championship Spinner | World Wrestling Entertainment, Inc. |
| 2 | VA 1-939-754 | WWE Championship Big Logo (New Logo) | World Wrestling Entertainment, Inc. |
| 3 | VA 1-888-133 | WWE Smoking Skull World Heavyweight Championshi | World Wrestling Entertainment, Inc. |
| 4 | VA 1-888-131 | WWE Attitude Era World Heavyweight Championship | World Wrestling Entertainment, Inc. |
| 5 | VA 1-786-384 | WWE Logo | World Wrestling Entertainment, Inc. |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| VA 2-258-636 | Historic Scratch Logo | World Wrestling Entertainment, Inc. |
| VA 1-902-842 | WWE Network Logo (color) | World Wrestling Entertainment, Inc. |
| VA 1-946-951 | WWE Network Logo (black & white) | World Wrestling Entertainment, Inc. |