# EXHIBIT A

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,757,597
Registered Aug. 26, 2003

## TRADEMARK
### PRINCIPAL REGISTER



WORLD WRESTLING FEDERATION ENTERTAINMENT, INC. (DELAWARE CORPORATION)
1241 EAST MAIN STREET
STAMFORD, CT 06902

FOR: CLOTHING, NAMELY, TOPS, T-SHIRTS, SHIRTS, SWEATSHIRTS, SWEATERS, PULLOVERS, BLOUSES, JACKETS, COATS, TROUSERS, PANTS, JOGGING SUITS, EXERCISE PANTS, EXERCISE SUITS, SWEATPANTS, SHORTS, UNDERWEAR, BOXER SHORTS, SOCKS, CLOTHING TIES, PAJAMAS, BELTS, GLOVES, HALLOWEEN AND MASQUERADE COSTUMES, WRIST BANDS, BANDANNAS; FOOTWEAR, NAMELY, SHOES, SNEAKERS, BOOTS, SLIPPERS; HEADGEAR, NAMELY, HATS, CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-6-2002; IN COMMERCE 5-6-2002.

SN 78-119,559, FILED 4-4-2002.

AISHA CLARKE, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,765,751
Registered Sep. 16, 2003

## TRADEMARK
### PRINCIPAL REGISTER



WORLD WRESTLING FEDERATION ENTERTAINMENT, INC. (DELAWARE CORPORATION)
1241 EAST MAIN STREET
STAMFORD, CT 06902

FOR: TOY ACTION FIGURES AND ACCESSORIES; CASES FOR ACTION FIGURES; TOY VEHICLES; BOARD GAMES; TOY SPINNING TOPS; STAND ALONE VIDEO OUTPUT GAME MACHINES FEATURING WRESTLING; ARCADE GAMES RELATED TO WRESTLING; PINBALL GAMES RELATED TO WRESTLING; HAND-HELD UNITS FOR PLAYING VIDEO GAMES FEATURING WRESTLING; TABLETOP ACTION SKILL GAMES RELATED TO WRESTLING; JIGSAW PUZZLES; KITES; TOY WRESTLING RINGS; DOLLS; PUPPETS; STUFFED TOY ANIMALS; CARD GAMES; TOY GUITARS; WATER GUNS; FLOATING RECREATIONAL LOUNGE CHAIRS; INFLATABLE TOY BOATS; CHRISTMAS TREE DECORATIONS; COSTUME MASKS; TOY BELTS, DOLL FURNITURE; PARTY FAVORS IN THE NATURE OF CRACKERS AND NOISEMAKERS; SKATEBOARDS; BOWLING BALLS AND ACCESSORIES, NAMELY, BOWLING GLOVES, WRIST SUPPORTS, BOWLING BALL BAGS, BOWLING PINS; WINDUP TOYS; TOY SCOOTERS; KNEE AND ELBOW PADS; YO-YO'S; CHILDREN'S PLAY COSMETIC PAINTS; TOY MODEL HOBBYCRAFT KITS; POOL CUES; TOY TIN MONEY BANKS; TOY GUM FIGURE MAKERS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-28-2002; IN COMMERCE 5-28-2002.

SN 78-119,563, FILED 4-4-2002.

AISHA CLARKE, EXAMINING ATTORNEY

Int. Cl.: **18**

Prior U.S. Cls.: **1, 2, 3, 22, and 41**

**United States Patent and Trademark Office**

Reg. No. **2,799,228**
Registered Dec. 23, 2003

## TRADEMARK
### PRINCIPAL REGISTER



WORLD WRESTLING FEDERATION ENTERTAINMENT, INC. (DELAWARE CORPORATION)
1241 EAST MAIN STREET
STAMFORD, CT 06902

FOR: BACKPACKS; LUGGAGE, BARREL BAGS, BEACH BAGS, DUFFEL BAGS, GYM BAGS, ATHLETIC BAGS, ALL-PURPOSE SPORT BAGS, BOOK BAGS, SCHOOL BAGS, TOTE BAGS, TRAVEL BAGS, CARRY-ON BAGS, COSMETIC BAGS SOLD EMPTY, GARMENT BAGS FOR TRAVEL, FANNY PACKS; WALLETS; CREDIT CARD CASES; CHANGE PURSES; LEATHER KEY CHAINS; LEATHER BELTS; THONGS; SOFT LUGGAGE IDENTIFICATION TAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-19-2002; IN COMMERCE 6-19-2002.

SN 78-119,574, FILED 4-4-2002.

AISHA CLARKE, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office



**Reg. No. 4,675,657**
**Registered Jan. 20, 2015**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

WORLD WRESTLING ENTERTAINMENT, INC. (DELAWARE CORPORATION)
1241 EAST MAIN STREET
STAMFORD, CT 06902

FOR: TOYS, NAMELY, ACTION FIGURES AND ACCESSORIES THEREFOR; CASES FOR ACTION FIGURES; TOY WRESTLING RINGS; TOY VEHICLES; BOARD GAMES; PLAYING CARDS; PUZZLES; STUFFED TOYS; PLUSH TOYS; TOY BELTS; KNEE AND ELBOW PADS FOR ATHLETIC USE; TOY FOAM HANDS; COSTUME MASKS; DOLLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 2-24-2014; IN COMMERCE 2-24-2014.

THE MARK CONSISTS OF TWO STACKED W'S HAVING A SCAR UNDERNEATH.

SN 85-469,245, FILED 11-10-2011.

JOHN DALIER, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION

WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# United States of America
### United States Patent and Trademark Office



**Reg. No. 4,727,923**  WORLD WRESTLING ENTERTAINMENT, INC. (DELAWARE CORPORATION)
1241 EAST MAIN STREET
**Registered Apr. 28, 2015**  STAMFORD, CT 06902

**Int. Cl.: 18**  FOR: BACKPACKS; LUGGAGE, BARREL BAGS, BEACH BAGS, DUFFEL BAGS, GYM BAGS, ATHLETIC BAGS, ALL-PURPOSE SPORT BAGS, BOOK BAGS, SCHOOL BAGS, TOTE BAGS, TRAVEL BAGS, CARRY-ON BAGS, COSMETIC BAGS SOLD EMPTY, GAR-
**TRADEMARK**  MENT BAGS FOR TRAVEL, FANNY PACKS; WALLETS; CREDIT CARD CASES; CHANGE PURSES; LEATHER KEY CHAINS; LEATHER BELTS; THONGS; SOFT LUGGAGE IDENTI-
**PRINCIPAL REGISTER**  FICATION TAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 2-28-2015; IN COMMERCE 2-28-2015.

THE MARK CONSISTS OF TWO STACKED W'S HAVING A SCAR UNDERNEATH.

SN 85-469,289, FILED 11-10-2011.

JOHN DALIER, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at  http://www.uspto.gov.

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

**United States Patent and Trademark Office**

Reg. No. 3,541,936
Registered Dec. 2, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# WWE

WORLD WRESTLING ENTERTAINMENT, INC. (DELAWARE CORPORATION)
1241 EAST MAIN STREET
STAMFORD, CT 06902

FOR: BACKPACKS; LUGGAGE, BARREL BAGS, BEACH BAGS, DUFFEL BAGS, GYM BAGS, ATHLETIC BAGS, ALL-PURPOSE SPORT BAGS, BOOK BAGS, SCHOOL BAGS, TOTE BAGS, TRAVEL BAGS, CARRY-ON BAGS, COSMETIC BAGS SOLD EMPTY, GARMENT BAGS FOR TRAVEL, FANNY PACKS; WALLETS; CREDIT CARD CASES; CHANGE PURSES; LEATHER KEY CHAINS; LEATHER BELTS; THONGS; SOFT LUGGAGE IDENTIFICATION TAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 5-5-2002; IN COMMERCE 5-5-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,056,074.

SN 78-812,441, FILED 2-10-2006.

MICHAEL ENGEL, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,538,710
Registered Nov. 25, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# WWE

WORLD WRESTLING ENTERTAINMENT, INC. (DELAWARE CORPORATION)
1241 EAST MAIN STREET
STAMFORD, CT 06902

FOR: CLOTHING, NAMELY, TANK TOPS, T-SHIRTS, SHIRTS, SPORT SHIRTS, DRESS SHIRTS, POLO SHIRTS, UNDERSHIRTS, SWEATSHIRTS, SWEATERS, PULLOVERS, BLOUSES, JACKETS, RAINCOATS, OVERCOATS, TOPCOATS, TROUSERS, PANTS, JEAN PANTS, JOGGING SUITS, EXERCISE PANTS, EXERCISE SUITS, SWEATPANTS, SHORTS, UNDERWEAR, BOXER SHORTS, SOCKS, CLOTHING TIES, PAJAMAS, BELTS, GLOVES, HALLOWEEN AND MASQUERADE COSTUMES, WRIST BANDS, BANDANNAS; FOOTWEAR, NAMELY, SHOES, SNEAKERS, BOOTS, SLIPPERS; HEADWEAR, NAMELY, HATS, CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 5-31-2002; IN COMMERCE 5-31-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,056,074.

SN 78-725,297, FILED 10-3-2005.

MICHELLE DUBOIS, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 3,489,357
Registered Aug. 19, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# WWE

WORLD WRESTLING ENTERTAINMENT, INC. (DELAWARE CORPORATION)
1241 EAST MAIN STREET
STAMFORD, CT 06902

FOR: TOY ACTION FIGURES AND ACCESSORIES THEREFOR; CASES FOR ACTION FIGURES; TOY VEHICLES; BOARD GAMES; PLAYING CARDS; TOY SPINNING TOPS; STAND ALONE VIDEO OUTPUT GAME MACHINES FEATURING WRESTLING; ARCADE GAMES RELATED TO WRESTLING; PINBALL GAMES RELATED TO WRESTLING; HAND-HELD UNITS FOR PLAYING ELECTRONIC GAME; TABLETOP ACTION SKILL GAMES RELATED TO WRESTLING; JIGSAW PUZZLES; KITES; TOY WRESTLING RINGS; DOLLS; BOBBLE-HEAD DOLLS; PUPPETS; STUFFED TOY ANIMALS; CARD GAMES; CHRISTMAS TREE DECORATIONS; COSTUME MASKS; TOY BELTS, DOLL FURNITURE; PARTY FAVORS IN THE NATURE OF CRACKERS AND NOISEMAKERS; SKATEBOARDS; BOWLING BALLS; WINDUP TOYS; TOY SCOOTERS; KNEE AND ELBOW PADS FOR ATHLETIC USE; YO-YO'S; NOVELTY TOYS, NAMELY, TOY BANKS MADE OF TIN; TOY GUM MACHINES; TOY CANDY BOWL MECHANICAL DISPENSERS; TOY STICK GUM DISPENSERS; TOY FOAM HANDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 5-6-2002; IN COMMERCE 5-6-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-074,563, FILED 1-2-2007.

STEVEN R. FINE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,042,792
Registered Jan. 10, 2006

## TRADEMARK
### PRINCIPAL REGISTER



WORLD WRESTLING ENTERTAINMENT, INC. (DELAWARE CORPORATION)
1241 EAST MAIN STREET
STAMFORD, CT 06902

　FOR: CLOTHING, NAMELY, TANK TOPS, T-SHIRTS, SHIRTS, SPORT SHIRTS, DRESS SHIRTS, POLO SHIRTS, UNDERSHIRTS, SWEATSHIRTS, SWEATERS, PULLOVERS, BLOUSES, JACKETS, RAINCOATS, OVERCOATS, TOPCOATS, TROUSERS, PANTS, JEAN PANTS, JOGGING SUITS, EXERCISE PANTS, EXERCISE SUITS, SWEATPANTS, SHORTS, UNDERWEAR, BOXER SHORTS, SOCKS, CLOTHING TIES, PAJAMAS, BELTS, GLOVES, HALLOWEEN AND MASQUERADE COSTUMES, WRIST BANDS, BANDANNAS; FOOTWEAR, NAMELY, SHOES, SNEAKERS, BOOTS, SLIPPERS; HEADGEAR, NAMELY, HATS, CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

　FIRST USE 12-5-2003; IN COMMERCE 12-5-2003.

　SN 78-429,534, FILED 6-3-2004.

WENDY GOODMAN, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 3,473,626
Registered July 22, 2008

## TRADEMARK
### PRINCIPAL REGISTER



WORLD WRESTLING ENTERTAINMENT, INC. (DELAWARE CORPORATION)
1241 EAST MAIN STREET
STAMFORD, CT 06902

FOR: TOY ACTION FIGURES AND ACCESSORIES THEREFOR; CASES FOR ACTION FIGURES; TOY VEHICLES; BOARD GAMES; PLAYING CARDS; TOY SPINNING TOPS; STAND ALONE VIDEO OUTPUT GAME MACHINES FEATURING WRESTLING; ARCADE GAMES RELATED TO WRESTLING; PINBALL GAMES RELATED TO WRESTLING; HAND-HELD UNITS FOR PLAYING ELECTRONIC GAME; TABLETOP ACTION SKILL GAMES RELATED TO WRESTLING; JIGSAW PUZZLES; KITES; TOY WRESTLING RINGS; DOLLS; BOBBLE-HEAD DOLLS; PUPPETS; STUFFED TOY ANIMALS; CARD GAMES; TOY GUITARS; WATER GUNS; VINYL POOL PRODUCTS FOR PLAYING, NAMELY, PILLOW BACK LOUNGE CHAIR; CHRISTMAS TREE DECORATIONS; COSTUME MASKS; TOY BELTS, DOLL FURNITURE; PARTY FAVORS IN THE NATURE OF CRACKERS AND NOISEMAKERS; SKATEBOARDS; BOWLING BALLS AND ACCESSORIES, NAMELY, BOWLING GLOVES, WRIST SUPPORTS, BOWLING BALL BAGS; WINDUP TOYS; TOY SCOOTERS; BOWLING PINS; KNEE AND ELBOW PADS FOR ATHLETIC USE; YO-YO'S; PLASTIC MODEL KITS FOR MAKING TOY VEHICLES; POOL CUES; NOVELTY TOYS, NAMELY, TOY BANKS MADE OF TIN; TOY GUM MACHINES; TOY CANDY BOWL MECHANICAL DISPENSERS; TOY STICK GUM DISPENSERS; TOY GUM FIGURE MAKERS; CONFETTI, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-31-2004; IN COMMERCE 1-31-2004.

SN 78-429,552, FILED 6-3-2004.

WENDY GOODMAN, EXAMINING ATTORNEY