# EXHIBIT B

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**  Reg. No. 1,348,618
Registered July 9, 1985

## SERVICE MARK
## PRINCIPAL REGISTER



TITAN SPORTS, INC. (MASSACHUSETTS CORPORATION)
225 WHITE'S PATH
SOUTH YARMOUTH, MA 02664

FOR: ENTERTAINMENT SERIVES, NAMELY, PROVISION OF SPORTING EVENTS, NAMELY, PROFESSIONAL WRESTLING EXHIBITIONS FOR TELEVISION, IN CLASS 41 (U.S. CL. 107).

FIRST USE 4–0–1983; IN COMMERCE 4–0–1983.

THE MARK CONSISTS OF THE LETTERS "WF".

SER. NO. 429,787, FILED 6–13–1983.

MARY I. SPARROW, EXAMINING ATTORNEY

Int. Cls.: 3, 6, 9, 14, 16, 18, 20, 21, 24, 25, 28 and 30

Prior U.S. Cls.: 2, 3, 13, 21, 22, 25, 27, 32, 36, 37, 38, 39, 41, 42, 46, 50 and 52

**United States Patent and Trademark Office**  Reg. No. 1,574,169
Registered Jan. 2, 1990

## TRADEMARK
### PRINCIPAL REGISTER



TITAN SPORTS, INC. (DELAWARE CORPORATION), DBA WORLD WRESTLING FEDERATION
1055 SUMMER STREET
STAMFORD, CT 06905

FOR: CHILDREN'S SOAP AND SHAMPOO SOLD IN ASSOCIATION WITH THE PROMOTION OF WRESTLING OR INDIVIDUALS ASSOCIATED THEREWITH, IN CLASS 3 (U.S. CL. 52).

FIRST USE 6-0-1986; IN COMMERCE 6-0-1986.

FOR: METAL KEY CHAINS SOLD IN ASSOCIATION WITH THE PROMOTION OF WRESTLING OR INDIVIDUALS ASSOCIATED THEREWITH, IN CLASS 6 (U.S. CLS. 13 AND 25).

FIRST USE 4-0-1988; IN COMMERCE 4-0-1988.

FOR: PHONOGRAPH RECORDS, PRERECORDED AUDIO AND VIDEO CASSETTES, SWITCH PLATES, COMPUTER PROGRAMS CONCERNING THE SPORT OF WRESTLING, PLASTIC MEGAPHONES, IN CLASS 9 (U.S. CLS. 21, 36 AND 38).

FIRST USE 4-0-1985; IN COMMERCE 4-0-1985.

FOR: WATCHES, IN CLASS 14 (U.S. CL. 27).

FIRST USE 4-0-1988; IN COMMERCE 4-0-1988.

FOR: STICKERS, BOOK MARKERS, BOOK PLATES, COLLECTION BOOKS, PICTORIAL BIOGRAPHIES, BLOWOUTS, PAPER NAPKINS, PAPER TABLE COVERS, MEMO BOARDS, POSTERS, STATIONERY-TYPE PORTFOLIOS, MEMO PADS, BOOK COVERS, CALENDARS, TRADING CARDS, PENS, PENCILS, MAGAZINES, DECALS SOLD IN ASSOCIATION WITH THE PROMOTION OF WRESTLING OR INDIVIDUALS ASSOCIATED THEREWITH, IN CLASS 16 (U.S. CLS. 37, 38 AND 50).

FIRST USE 0-0-1983; IN COMMERCE 0-0-1983.

FOR: UMBRELLAS, BACKPACKS, ROLL BAGS, IN CLASS 18 (U.S. CLS. 3 AND 41).

FIRST USE 0-0-1985; IN COMMERCE 0-0-1985.

FOR: PLASTIC LICENSE PLATE HOLDERS, SEAT CUSHIONS, NOVELTY ITEMS IN THE NATURE OF NON-METALLIC SIGNS, IN CLASS 20 (U.S. CLS. 32 AND 50).

FIRST USE 7-1-1987; IN COMMERCE 7-1-1987.

FOR: PAPER PLATES, PAPER CUPS, LUNCH BOXES, INSULATED BOTTLES SOLD IN ASSOCIATION WITH THE PROMOTION OF WRESTLING OR INDIVIDUALS ASSOCIATED THEREWITH, IN CLASS 21 (U.S. CL. 2).

FIRST USE 12-0-1985; IN COMMERCE 12-0-1985.

FOR: TOWELS, IN CLASS 24 (U.S. CL. 42).

FIRST USE 9-2-1987; IN COMMERCE 9-2-1987.

FOR: SHOES, BIBS, CHILDREN'S PAJAMAS, T-SHIRTS, SWEATSHIRTS, TIES, CAPS, SWEATERS, FLEECE SETS COMPRISING WARM-UP PANTS AND WARM-UP JACKET, SPORT SHIRTS, HEADBANDS, SWEATBANDS, BELTS, BANDANAS SOLD IN ASSOCIATION WITH THE PROMOTION OF WRESTLING OR INDIVIDUALS ASSOCIATED THEREWITH, IN CLASS 25 (U.S. CL. 39).

FIRST USE 1-0-0984; IN COMMERCE 1-0-1984.

FOR: PUZZLES, BOARD GAMES, WORKOUT SETS COMPRISING EXERCISE EQUIPMENT IN THE NATURE OF BARBELLS, DUMBBELLS, HAND GRIPS, SWEATBANDS, WRISTBANDS, POSTER, CHART AND/OR AUDIO CASSETTE TAPES, DOLLS, BALLOONS, IN CLASS 28 (U.S. CLS. 22 AND 50).

FIRST USE 4-0-1985; IN COMMERCE 4-0-1985.

FOR: ICE CREAM BARS SOLD IN ASSOCIATION WITH THE PROMOTION OF WRESTLING OR INDIVIDUALS ASSOCIATED THEREWITH, IN CLASS 30 (U.S. CL. 46).

FIRST USE 4-0-1988; IN COMMERCE 4-0-1988.

OWNER OF U.S. REG. NO. 1,348,618.

SER. NO. 73-729,298, FILED 5-19-1988.

SUSAN A. RICHARDS, EXAMINING ATTORNEY