# EXHIBIT C

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-888-114

**Effective date of
registration:**

January 16, 2014

---

## Title

**Title of Work:** WWE Championship Spinner

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** April 12, 2005      **Nation of 1st Publication:** United States

## Author

- **Author:** WORLD WRESTLING ENTERTAINMENT, INC.

  **Author Created:** jewelry design, 2-D artwork, sculpture

  **Work made for hire:** Yes

  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** WORLD WRESTLING ENTERTAINMENT, INC.

1241 East Main Street, Stamford, CT, 06902, United States

## Rights and Permissions

**Organization Name:** WORLD WRESTLING ENTERTAINMENT, INC.

**Name:** Lauren Dienes-Middlen

**Email:** lauren.middlen@wwecorp.com      **Telephone:** 203-353-2827

**Address:** 1241 East Main Street

Stamford, CT 06902  United States

## Certification

**Name:** Lauren A. Dienes-Middlen

**Date:** January 16, 2014

**Registration #:**   VA0001888114

**Service Request #:**   1-1150088901



WORLD WRESTLING ENTERTAINMENT, INC.
Lauren Dienes-Middlen
1241 East Main Street
Stamford, CT 06902  United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-939-754**

**Effective Date of Registration:**
December 05, 2014

---

## Title

**Title of Work:** WWE Championship Big Logo (new logo)

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** August 17, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** WORLD WRESTLING ENTERTAINMENT, INC.
  **Author Created:** jewelry design, 2-D artwork, sculpture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** WORLD WRESTLING ENTERTAINMENT, INC.
1241 East Main Street, Stamford, CT, 06902, United States

## Rights and Permissions

**Organization Name:** WORLD WRESTLING ENTERTAINMENT, INC.
**Name:** Lauren Dienes-Middlen
**Email:** lauren.middlen@wwecorp.com
**Telephone:** (203)353-2827
**Address:** 1241 East Main Street
Stamford, CT 06902 United States

## Certification

**Name:** Lauren A. Dienes-Middlen
**Date:** December 05, 2014



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-888-133

**Effective date of
registration:**

January 16, 2014

## Title

**Title of Work:** WWE Smoking Skull World Heavyweight Championship

## Completion/Publication

**Year of Completion:** 1998

**Date of 1st Publication:** July 27, 1998   **Nation of 1st Publication:** United States

## Author

■  **Author:** WORLD WRESTLING ENTERTAINMENT, INC.

**Author Created:** jewelry design, 2-D artwork, sculpture

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** WORLD WRESTLING ENTERTAINMENT, INC.

1241 East Main Street, Stamford, CT, 06902, United States

## Rights and Permissions

**Organization Name:** WORLD WRESTLING ENTERTAINMENT, INC.

**Name:** Lauren Dienes-Middlen

**Email:** lauren.middlen@wwecorp.com   **Telephone:** 203-353-2827

**Address:** 1241 East Main Street

Stamford, CT 06902 United States

## Certification

**Name:** Lauren A. Dienes-Middlen

**Date:** January 16, 2014

**Registration #:**   VA0001888133
**Service Request #:**   1-1150139034



WORLD WRESTLING ENTERTAINMENT, INC.
Lauren Dienes-Middlen
1241 East Main Street
Stamford, CT 06902  United States



## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**VA 1-888-131**

**Effective date of
registration:**

January 16, 2014

---

## Title

**Title of Work:** WWE Attitude Era World Heavyweight Championship

## Completion/Publication

**Year of Completion:** 1998

**Date of 1st Publication:** March 30, 1998        **Nation of 1st Publication:** United States

## Author

- **Author:** WORLD WRESTLING ENTERTAINMENT, INC.

  **Author Created:** jewelry design, 2-D artwork, sculpture

  **Work made for hire:** Yes

  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** WORLD WRESTLING ENTERTAINMENT, INC.

1241 East Main Street, Stamford, CT, 06902, United States

## Rights and Permissions

**Organization Name:** WORLD WRESTLING ENTERTAINMENT, INC.

**Name:** Lauren Dienes-Middlen

**Email:** lauren.middlen@wwecorp.com        **Telephone:** 203-353-2827

**Address:** 1241 East Main Street

Stamford, CT 06902  United States

## Certification

**Name:** Lauren A. Dienes-Middlen

**Date:** January 16, 2014

**Registration #:**   VA0001888131
**Service Request #:**   1-1150139098



WORLD WRESTLING ENTERTAINMENT, INC.
Lauren Dienes-Middlen
1241 East Main Street
Stamford, CT 06902  United States



Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

# VA 1-786-384

**Effective date of
registration:**

September 8, 2011

---

## Title

| | |
|---|---|
| **Title of Work:** | WWE Logo |

## Completion/ Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2002 | | |
| **Date of 1st Publication:** | May 5, 2002 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■ **Author:** | WORLD WRESTLING ENTERTAINMENT, INC. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | WORLD WRESTLING ENTERTAINMENT, INC. |
| | 1241 East Main Street, Stamford, CT, 06902, United States |

## Certification

| | |
|---|---|
| **Name:** | Lauren Dienes-Middlen |
| **Date:** | October 18, 2010 |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VA 2-258-636

**Effective Date of Registration:**
June 07, 2021
**Registration Decision Date:**
July 13, 2021

## Title

**Title of Work:** Historic Scratch Logo

## Completion/Publication

**Year of Completion:** 1997
**Date of 1st Publication:** November 09, 1997
**Nation of 1st Publication:** United States

## Author

- **Author:** World Wrestling Entertainment, Inc
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** World Wrestling Entertainment, Inc.
1241 East Main Street, Stamford, CT, 06902

## Rights and Permissions

**Name:** Lauren A. Dienes-Middlen
**Email:** lauren.middlen@wwecorp.com
**Telephone:** (203)353-2827

## Certification

**Name:** Christopher M. Verdini
**Date:** June 07, 2021

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-902-842

**Effective date of
registration:**

January 17, 2014

## Title

**Title of Work:** WWE Network Logo (color)

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** September 6, 2011     **Nation of 1st Publication:** United States

## Author

■   **Author:** WORLD WRESTLING ENTERTAINMENT, INC.

**Author Created:** 2-D artwork

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** WORLD WRESTLING ENTERTAINMENT, INC.

1241 East Main Street, Stamford, CT, 06902, United States

## Rights and Permissions

**Organization Name:** WORLD WRESTLING ENTERTAINMENT, INC.

**Name:** Lauren  Dienes-Middlen

**Email:** lauren.middlen@wwecorp.com          **Telephone:** 203-353-2827

**Address:** 1241 East Main Street

Stamford, CT 06902  United States

## Certification

**Name:** Lauren A. Dienes-Middlen

**Date:** January 17, 2014

**Registration #:**   VA0001902842
**Service Request #:**   1-1152157652

WORLD WRESTLING ENTERTAINMENT, INC.
Lauren Dienes-Middlen
1241 East Main Street
Stamford, CT 06902  United States



Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-946-951**

**Effective Date of Registration:**
January 17, 2014

## Title

**Title of Work:** WWE Network Logo (black & white)

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** September 06, 2011
**Nation of 1st Publication:** United States

## Author

- **Author:** WORLD WRESTLING ENTERTAINMENT, INC.
 **Author Created:** 2-D artwork
 **Work made for hire:** Yes
 **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** WORLD WRESTLING ENTERTAINMENT, INC.
1241 East Main Street, Stamford, CT, 06902, United States

## Rights and Permissions

**Organization Name:** WORLD WRESTLING ENTERTAINMENT, INC.
**Name:** Lauren Dienes-Middlen
**Email:** lauren.middlen@wwecorp.com
**Telephone:** (203)353-2827
**Address:** 1241 East Main Street
Stamford, CT 06902 United States

## Certification

**Name:** Lauren A. Dienes-Middlen
**Date:** January 17, 2014

*0000VA00019469510Z0Z*

