UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, Delaware limited liability company; and WORLD WRESTLING ENTERTAINMENT INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>MEHMOOD QAISER, an individual; SHAHEEN GUL, an individual; and AMEN QUALITY GOODS LLC, a New Jersey limited liability company, individually and collectively doing business as HOUSEOFSCOTLAND; an individual or entity doing business as HOUSEOFSCOTLAND; and DOES 1-10,<br><br>                    Defendants. | NO. 2:22-cv-01216-SKV<br><br>DEFENDANTS QAISER, GUL, AND AMEN QUALITY GOODS LLC's ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM |

ANSWER, AFFIRMATIVE
DEFENSES, AND COUNTERCLAIM - 1

Defendants, Mehmood Qaiser, Shaheen Gul, and Amen Quality Goods LLC (collectively referred to as "Defendants"), file their answer[1] and affirmative defenses, and, in support, states:

1. Answering Defendants deny the allegations contained in paragraphs 10, 11, 14, 37, 42-44, 53, 56-57, 60, 63-65, 68-75, 79-84, 86-92, 94-97, 101 and 102 of Plaintiffs' Complaint.

2. Answering Defendants deny knowledge or information to form a belief as to the truth of the allegations contained in paragraphs 1– 9, 12, 13, 18-36, 39 – 41, 45 - 52, 54, 55, 58, 61-62, 67, 77-78, and 100 of Plaintiffs' Complaint.

3. Answering Defendants deny knowledge or information to form a belief as to the truth of the allegations contained in paragraphs 15-17, 38, and 99 of Plaintiffs' Complaint. except Answering Defendants admit that they reside in New Jersey; admit that Defendant Gul and Defendant Qaiser are spouses; admit that Amen Quality Goods LLC is owned, operated, managed, and controlled by Defendant Qaiser and Defendant Gul; and admit they a had BSA with Amazon, the terms of which speaks for itself.

4. Answering Defendants repeats all responses to the allegations reiterated in paragraphs 59, 66, 76, 85, 93, and 98 of Plaintiffs' Complaint.

**AFFIRMATIVE DEFENSES:**

**FIRST AFFIRMATIVE DEFENSE**
**WAIVER, ACQUIESENCE, ESTOPPEL, LACHES**

---

[1] It should be noted that although the allegations seem to be against <u>all</u> Defendants, Defendants are only answering as to themselves and object to any and all assertions trying to group all Defendants into the alleged wrongdoings.

5. Each of the purported claims set forth in the Complaint is barred by the doctrines of waiver, acquiescence, laches and/or estoppel.

**SECOND AFFIRMATIVE DEFENSE**
**NO WILLFULNESS**

6. Without admitting any infringement, Answering Defendants have not willfully infringed any claim of the patents-in-suit, or any trademarks-in-suit.

**THIRD AFFIRMATIVE DEFENSE**
**NO DAMAGE**

7. Without admitting that the Complaint states a claim, there has been no damage in any amount, manner, or at all by reason of any act alleged against Answering Defendants in the Complaint, and the relief prayed for in the Complaint therefore cannot be granted.

**FOURTH AFFIRMATIVE DEFENSE**
**FAILURE TO MITIGATE DAMAGES**

8. Plaintiff has failed to mitigate its damages, if any.

**FIFTH AFFIRMATIVE DEFENSE**
**DUPLICATIVE CLAIMS**

9. Without admitting that the Complaint states a claim, any remedies are limited to the extent that there is sought an overlapping or duplicative recovery pursuant to the various claims for any alleged single wrong.

**SIXTH AFFIRMATIVE DEFENSE**
**NON-INFRINGEMENT**

11. Answering Defendants did not infringe any applicable trademarks or patents under federal or state law.

ANSWER, AFFIRMATIVE
DEFENSES, AND COUNTERCLAIM - 3

Law Offices of
STEPHEN M. HANSEN, P.S.
1821 Dock Street, Suite 103
Tacoma Washington 98402
(253) 302-5955; (253) 301-1147 Fax

## SEVENTH AFFIRMATIVE DEFENSE:
## CONCURRENT USE

12. The claims in the Complaint are barred, in whole or in part, by reason of other parties' use of any marks at issue.

## EIGHTH AFFIRMATIVE DEFENSE
## FAILURE TO STATE A CLAIM

13. Plaintiff has failed to state a claim upon which relief can be granted.

## NINTHAFFIRMATIVE DEFENSE
## UNCLEAN HANDS

14. Plaintiff's claims are barred by the doctrine of unclean hands.

## TENTH AFFIRMATIVE DEFENSE
## INDISPENSABLE PARTY

15. Plaintiff's claims should be dismissed because an indispensable party has not been joined.

## ADDITIONAL DEFENSES

17. Defendants reserve the right to assert additional defenses based on information obtained during the course of discovery.

WHEREFORE, based upon the foregoing, the Defendants pray an Order be entered:

(a) Dismissing each of the claims, and relief requested, in Plaintiffs' Complaint in its entirety;

(b) Granting the Defendants costs, fees and expenses incurred defending this matter;

(c) Granting the Defendants all further relief as deemed just and equitable.

Law Offices of
STEPHEN M. HANSEN, P.S.
1821 Dock Street, Suite 103
Tacoma Washington 98402
(253) 302-5955; (253) 301-1147 Fax

RESPECTFULLY SUBMITTED this 30th day of November, 2022.

ROSENBAUM, FAMULARO & SEGAL, P.C.

*s/Cory Rosenbaum*

_____
CORY ROSENBAUM (admitted *Pro Hac Vice*)
138A East Park Avenue
Long Beach, New York 11561
Phone: (212) 321-5080
cjr@Amazonsellerslawyer.com

Law Offices of STEPHEN M. HANSEN, P.S.

_____
STEPHEN M. HANSEN, WSBA #15642

Attorneys for Defendants MEHMOOD QAISER, an individual; SHAHEEN GUL, an individual; and AMEN QUALITY GOODS LLC, a New Jersey limited liability company

## CERTIFICATE OF SERVICE

The undersigned certifies, under penalty of perjury under the laws of the State of Washington, that on the 30th day of Nobember, 2022, I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

DATED this 30th day of November, 2022, at Tacoma, Washington.

_____
SARA B. WALKER, Legal Assistant

ANSWER, AFFIRMATIVE
DEFENSES, AND COUNTERCLAIM - 5

Law Offices of
STEPHEN M. HANSEN, P.S.
1821 Dock Street, Suite 103
Tacoma Washington 98402
(253) 302-5955; (253) 301-1147 Fax